ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 FEB 13 P 1: 22
CLERK_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PAUL TYNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 307-084 |
| ) | |
| JAMES DONALD, Commissioner, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this 13th day of February, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE